# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of an Application to Enforce an Administrative Subpoena of the Commodity Futures Trading Commission, <br><br> Applicant, <br> v. <br><br> Melbe Zepeda and Gustavo Rodriguez, <br><br> Respondents. | Misc. Action Number: MC22-00018 GW (MARx) |

## ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE ORDERED TO COMPLY WITH ADMINISTRATIVE SUBPOENAS

Having considered the Application For an Order to Show Cause and an Order Requiring Compliance With Administrative Subpoenas ("Application," ECF No. 1) filed by applicant Commodity Futures Trading Commission ("CFTC") as well as the CFTC's memorandum in support of the Application and other supporting documentation, the Court orders Respondents Melbe Zepeda and Gustavo Rodriguez to appear before the Court to show cause why they should not be ordered to comply with the administrative subpoenas referenced in the Application at a date and time to be set by the Court within 30 days from the entry of this order.

Copies of this Order to Show Cause and the Application shall be served on Respondents, using as expeditious means as practicable.

**SO ORDERED.**

_____03/14/2022_____   _____/S/_____
Date                                    HONORABLE MARGO A. ROCCONI
                                        United States Magistrate Judge