UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>MELBE ZEPEDA, et al.,<br><br>    Respondent(s). | Case No. 2:22-mc-00018-GW (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application to Enforce Administrative Subpoenas, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting the Application.

Dated: June 30, 2022

[signature: George H. Wu]

HONORABLE GEORGE H. WU
United States District Judge